## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1465    Assigned/Issued By: J. N.

Judge Name: GUZMAN    Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other ____
             ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2606563

Date Payment Rec'd: 3-12-08    Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
(Victim, Against and $ Amount)
☐ Citation to Discover Assets    ☐ Other
☐ Writ _____
(Type of Writ)    _____
(Type of issuance)

1 Original and 0 copies on 3-12-08 as to DEFENDANT
                         (Date)