IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, <br> Plaintiffs, <br> v. <br> TUSCANY GRANITE & MARBLE, INC., an Illinois Corporation, <br> Defendant. | No. 08 C 1465 <br><br> Judge Guzman <br><br> Mag. Judge Valdez |

## NOTICE OF MOTION

TO:     JOHN W. PLETA, Registered Agent
         Tuscany Granite & Marble, Inc.
         9400 Bormet Drive, Suite 7
         Mokena, IL 60448

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Guzman, at Room 1219, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 24th day of April 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

         /s/ Robert B. Greenberg
         Asher, Gittler, Greenfield & D'Alba, Ltd.
         200 West Jackson Boulevard, Suite 1900
         Chicago, Illinois 60606
         (312) 263-1500
         IL ARDC#: 01047558

## CERTIFICATE OF SERVICE

  ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

> **JOHN W. PLETA, Registered Agent**
> **Tuscany Granite & Marble, Inc.**
> **9400 Bormet Drive, Suite 7**
> **Mokena, IL  60448**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 14th day of April, 2008.

  Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558