UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Masonry Institute, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01465
                                                Honorable Ronald A. Guzman

Tuscany Granite & Marble, Inc
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

　　　　MINUTE entry before Judge Honorable Ronald A. Guzman: Motion hearing held on 5/1/2008. Motion by Plaintiffs Masonry Institute, Bricklayers Local 21 Pension Fund, District Council Training Center Fund, Bricklayers and Stone Masons of Illinois District Council No. 1 B.A.C. Annuity Trust Fund for default judgment as to Tuscany Granite and Marble, Inc. [8] is granted. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.