

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1465 | DATE | 5/20/2008 |
| CASE TITLE | MASONRY INSTITUTE, et al vs. TUSCANY GRANITE & MARBLE, INC. | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|